# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| KENNY SAM PIERCE, | : |
| --- | --- |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0214-CG-M |
| MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **REVERSED** and that this action be **REMANDED** for further administrative procedures.

**DONE and ORDERED** this 28th day of November, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE