# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KENNY SAM PIERCE,** | : |
| Plaintiff, | : |
| vs. | :     CIVIL ACTION 11-0214-CG-M |
| **MICHAEL J. ASTRUE,** | : |
| **Acting Commissioner of Social Security,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is hereby entered in favor of Plaintiff Kenny Sam Pierce and against Defendant Michael J. Astrue.

**DONE** and **ORDERED** this 28th day of November, 2011.

                                             /s/ Callie V. S. Granade
                                             UNITED STATES DISTRICT JUDGE