IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNY SAM PIERCE,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0214-CG-M |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of Social Security,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (Doc. 20) is hereby **GRANTED** and that Plaintiff is awarded an EAJA attorney's fee in the amount of $2,062.50, payable to Plaintiff.

**DONE and ORDERED** this 4th day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE