IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNY SAM PIERCE,                          :
                                           :
    Plaintiff,                             :
                                           :
vs.                                        :   CIVIL ACTION 11-0214-CG-M
                                           :
MICHAEL J. ASTRUE,                         :
Commissioner of Social Security,           :
                                           :
    Defendant.                             :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act ("EAJA") is hereby **GRANTED** and that Plaintiff's attorney is hereby **AWARDED** an EAJA fee in the amount of $2,062.50, payable to Plaintiff. No costs are taxed.

**DONE and ORDERED** this 4th day of April, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE